# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GERALD WAITES, in his Capacity as Guardian of EVA ROBINSON, an Incapacitated Person,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **8:04CV562** |
| vs. | ) ) ) | **ORDER** |
| **LIFE CARE CENTERS OF AMERICA, INC., a Tennessee corporation, and DOES 1 - 10,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

All parties have filed motions for extension of time to respond to outstanding discovery requests (Filings 35 & 36). For good cause shown,

**IT IS ORDERED** that the motions for extension of time (Filings 35 & 36) are granted. Responses to all outstanding discovery requests shall be served within ten (10) days after the court's disposition of plaintiff's counsel's Motion to Withdraw (Filing 32).

**DATED June 24, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**